NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0001061**
**12-SEP-2012**
**12:06 PM**

NO. CAAP-11-0001061

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KAHAKULOA ACRES PRIVATE WATER COMPANY, Plaintiff-Appellee,
v. EDGAR D. KERR, individually; GAIL A. KERR,
individually; EDGAR D. KERR and GAIL A. KERR, Trustees
of the Edgar D. Kerr and Gail A. Kerr Revocable Living
Trust dated August 10, 2010, Defendants-Appellants,
KAHAKULOA ACRES LIMITED PARTNERSHIP, a Hawaii limited
partnership; JOHN DOES 1-10; JANE DOES 1-10; DOE
PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE
ENTITIES 1-10, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0610(1))

ORDER GRANTING DEFENDANTS-APPELLANTS'S
AUGUST 27, 2012 REQUEST FOR DISMISSAL OF APPEAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the motion for dismissal of
appeal filed by Defendants-Appellants Edgar D. Kerr,
individually; Gail A. Kerr, individually; Edgar D. Kerr and
Gail A. Kerr, Trustees of the Edgar D. Kerr and Gail A. Kerr
Revocable Living Trust dated August 10, 2010 (Appellants), the
papers in support, the records and files herein, and noting no
opposition, it appears Appellants seek dismissal of the appeal.

Therefore, IT IS HEREBY ORDERED that the motion for dismissal of appeal is granted, and this appeal is dismissed. The parties shall bear their own appellate attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, September 12, 2012.

Presiding Judge

Associate Judge

Associate Judge